Amanda L. Groves (SBN: 187216)
Leda M. Mouallem (SBN: 221258)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Debra Albin-Riley (SBN: 112602)
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Defendant
T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>T-MOBILE USA, INC., a Delaware corporation<br><br>Defendant. | Case No. C 06 6567 EDL<br><br>**STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND** |

SF:145857.1

**STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND**

1

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Plaintiff Russell Bradberry and Defendant T-Mobile USA, Inc., that the time for Defendant to answer or otherwise respond with respect to Plaintiff's complaint is extended to December 13, 2006.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: Nov. 3, 2006   By: /s/ Terry M. Gordon
Terry M. Gordon
Law Offices of Terry M. Gordon
Attorneys for Plaintiff
Russell Bradberry

Dated: 11-3-06   By: /s/ Amanda Groves
Amanda L. Groves
Winston & Strawn LLP
Attorneys for Defendant
T-Mobile USA, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 13, 2006



ELIZABETH D. LAPORTE
United States Magistrate Judge

SF:145857.1

**STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND**

2