1  Debra J. Albin-Riley (SBN # 112602)
   WINSTON & STRAWN LLP
2  333 South Grand Avenue
   Los Angeles, CA  90071-1543
3  Telephone:     (213) 615-1700
   Facsimile:     (213) 615-1750
4  Email:        driley@winston.com

5  Amanda L. Groves (SBN # 187216)
   Leda M. Mouallem (SBN # 221258)
6  WINSTON & STRAWN LLP
   101 California Street
7  San Francisco, CA  94111-5894
   Telephone:     (415) 591-1000
8  Facsimile:     (415) 591-1400
   Email:        agroves@winston.com
9  Email:        lmouallem@winston.com

10 Attorneys for Defendant
   T-MOBILE USA, INC.

11

12             UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   OAKLAND DIVISION

15

16 RUSSELL BRADBERRY, individually and on )   Case No. C 06 6567 CW
   behalf of a class of similarly situated )
17 individuals,                            )
                                           )   STIPULATION AND ORDER
18                                         )   RESCHEDULING CASE MANAGEMENT
                    Plaintiff,             )   CONFERENCE
19                                         )
             vs.                           )   Complaint filed: October 20, 2006
20                                         )
   T-MOBILE USA INC., a Delaware corporation )
21                                         )
                    Defendant.             )
22 _____ )

23

24      Plaintiff Russell Bradberry ("Bradberry") and Defendant T-Mobile USA, Inc. ("T-Mobile"),

25 by and through their counsel, hereby stipulate to the following:

26      WHEREAS, the Court's Case Management Conference is scheduled for February 23, 2006 at

27 1:30 p.m.;

28

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

1

1    WHEREAS, trial counsel for T-Mobile, Debra J. Albin-Riley and Amanda L. Groves, are

2    scheduled to be in Arizona on February 22-25, 2007 for a partners' conference held by their law firm

3    every other year;

4    WHEREAS, on December 13, 2006, T-Mobile filed its motion to compel arbitration and to

5    dismiss or, in the alternative, stay the proceedings and said motion was scheduled for hearing on

6    March 2, 2007 at 10:00 a.m.;

7    WHEREAS, the Plaintiff's co-lead counsel reside in Illinois and Chicago and in order to

8    accommodate Defendant's counsels' meeting conflict (and avoid back-to-back cross-country trips) it

9    is in the interest of justice to continue the Court's Case Management Conference to a date on which

10   all counsel can attend without unnecessary travel;

11   NOW THEREFORE, it is agreed as followed:

12   That the Court conduct the Case Management Conference on March 2, 2007, or as soon

13   thereafter as practicable for the Court.

14   IT IS SO STIPULATED.

15   Dated: _____          WINSTON & STRAWN LLP

16

17   By_____

18        Debra J. Albin-Riley
         Amanda L. Groves
         Attorneys for Defendant
19        T-MOBILE USA, INC.

20

21   Dated: _____          LAW OFFICES OF TERRY M. GORDON

22

23   By_____

24        Terry M. Gordon
         Attorneys for Plaintiff
         RUSSELL BRADBERRY

25   ///

26   ///

27                                              2

28
SF # 149492.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** as follows:

2

     1.     The Court's Case Management conference is rescheduled to March 2, 2007 at 10:00

3

a.m..

4

     1/8/07

5

Dated: _____             _____

6

                          The Honorable Claudia Wilken
United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

3

SF # 149492.1