JOHN BLIM (*PRO HAC VICE* pending)
JAY EDELSON (*PRO HAC VICE* pending)
MYLES MCGUIRE (Of Counsel) (*PRO HAC VICE* pending)
BLIM & EDELSON, LLC
53 West Jackson Boulevard
Suite 1642
Chicago, Illinois 60604
Telephone: (312) 913-9400
Facsimile: (312) 913-9401

JOHN G. JACOBS (*PRO HAC VICE* pending)
BRYAN G. KOLTON (*PRO HAC VICE* pending)
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850

TERRY M. GORDON - SBN 75604
LAW OFFICES OF TERRY M. GORDON
Three Harbor Drive, Suite 317
Sausalito, California 94965
Telephone:    (415) 331-3601
Facsimile:    (415) 331-1225

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., a Delaware corporation <br><br> Defendant. | Case No. C 06 6567 CW <br><br> **STIPULATION AND ORDER (1) CONTINUING DEFENDANT'S MOTION TO COMPEL ARBITRATION, AND (2) RESCHEDULING CASE MANAGEMENT CONFERENCE** |

**CLASS ACTION**

**STIPULATION AND ORDER (1) CONTINUING DEFENDANT'S MOTION TO COMPEL ARBITRATION, AND (2) RESCHEDULING CASE MANAGEMENT CONFERENCE**

Plaintiff Russell Bradberry ("Bradberry") and Defendant T-Mobile USA, Inc. ("T-Mobile") by and through their counsel, hereby stipulate to the following:

WHEREAS, the Court's Case Management Conference is scheduled for March 2, 2007 at 10:00 a.m.;

AND WHEREAS, on December 13, 2006, T-Mobile filed a Motion to Compel Arbitration and to Dismiss, or in the alternative, Stay the proceedings (the "Motion") and set the Motion for hearing on March 2, 2007.

AND WHEREAS Plaintiff's brief in opposition to said Motion is due to be filed on February 9, 2007.

AND WHEREAS within this past few weeks the sole secretary for Plaintiff's counsel John Jacobs became incapacitated and died last Friday, February 2, 2007 from complications of surgery. Due to the attendant disruption of Plaintiff's counsel's office, Plaintiff requested a two-week extension of time in which to file an Opposition. Defendant consented to the request, and asked to have additional time in which to file a Reply Memorandum, to which Plaintiff agreed. The parties agreed to move the hearing date to March 30, so long as that date is acceptable to the Court.

AND WHEREAS the Plaintiff's co-lead counsel reside in ILLINOIS, and to avoid multiple cross-country trips, the parties have agreed to request the Court to continue the Case Management Conference to the same date as the continued hearing on the Motion to Compel.

NOW, THEREFORE it is agreed as follows:

1) That the parties will request the Court to continue the hearing on Defendant's Motion to Compel Arbitration, etc., until March 30, 2007, that Plaintiff may

**STIPULATION AND ORDER (1) CONTINUING DEFENDANT'S MOTION TO COMPEL ARBITRATION, AND (2) RESCHEDULING CASE MANAGEMENT CONFERENCE**

2

have until February 23, 2007 in which to file an Opposition, and that Defendant may have until March 16, 2007 to file a Reply.

2) That the parties will request the Court to continue the Case Management Conference until March 30, 2007, the same date as the hearing on the Motion to Compel Arbitration.

IT IS SO STIPULATED

                                Respectfully submitted,

Dated: February __, 2007            WINSTON & STRAWN, LLP

                                By:_____
                                Debra J. Albin-Riley
                                Amanda L. Groves
                                Attorneys for Defendant
                                T-MOBILE USA, Inc.

Dated: February __, 2007            LAW OFFICES OF TERRY M. GORDON

                                By:_____
                                TERRY M. GORDON
                                One of the Attorneys for RUSSELL
                                BRADBERRY, individually and on
                                behalf of a class of similarly situated
                                individuals

STIPULATION AND ORDER (1) CONTINUING DEFENDANT'S MOTION TO COMPEL ARBITRATION, AND (2) RESCHEDULING CASE MANAGEMENT CONFERENCE

3

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** as follows:

1. The hearing on Defendant's Motion to Compel Arbitration, etc., is continued until March 30, 2007. Plaintiff may have until February 23, 2007 in which to file an Opposition, and Defendant may have until March 16, 2007 to file a Reply.

2. The Court's Case Management Conference is rescheduled to March 30, 2007 at 10:00 a.m.

2/14/07

Dated: _____      _____
                                          The Honorable Claudia Wilken
                                          United States District Court Judge

**STIPULATION AND ORDER (1) CONTINUING DEFENDANT'S MOTION TO COMPEL ARBITRATION, AND (2) RESCHEDULING CASE MANAGEMENT CONFERENCE**

4