Amanda L. Groves (SBN: 187216)
Leda M. Mouallem (SBN: 221258)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Debra Albin-Riley (SBN: 112602)
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:    213-615-1750

Attorneys for Defendant
T-MOBILE USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>T-MOBILE USA, INC., a Delaware corporation<br><br>　　　　Defendant. | Case No. C 06 6567 CW<br><br>ORDER GRANTING<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

SF:155558.1

1

**STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT; C 06 6567 CW**

1     WHEREAS Plaintiff filed a complaint on October 20, 2006;

2     WHEREAS on December 13, 2006, Defendant filed a Motion to Compel Arbitration and the hearing date for said motion is currently set for March 30, 2007 at 10:00 a.m.;

4     WHEREAS on or about February 23, 2007, Plaintiff filed an amended complaint;

5     **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Plaintiff Russell Bradberry and Defendant T-Mobile USA, Inc., that the time for Defendant to answer, or otherwise respond to, Plaintiff's amended complaint is extended to ten (10) days after entry of the Court's order regarding Defendant's Motion to Compel Arbitration. Nothing herein shall change or otherwise effect the dates currently set per the Court's scheduling order with regard to initial disclosures, the Rule 26(f) conference or other matters.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: 3/8/07

By: *(signature)*
Terry M. Gordon
Law Offices of Terry M. Gordon
Attorneys for Plaintiff
Russell Bradberry

Dated: 3/8/07

By: *(signature)*
Amanda L. Groves
Winston & Strawn LLP
Attorneys for Defendant
T-Mobile USA, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/13/07

*(signature)*
The Honorable Claudia Wilken
United State District Court Judge

*(left margin: Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5894)*

2

SF:155558.1

STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S AMENDED COMPLAINT; C 06 6567 CW