| | |
|---|---|
| 1 | Debra J. Albin-Riley (SBN # 112602) |
| | WINSTON & STRAWN LLP |
| 2 | 333 South Grand Avenue |
| | Los Angeles, CA 90071-1543 |
| 3 | Telephone: (213) 615-1700 |
| | Facsimile: (213) 615-1750 |
| 4 | Email: driley@winston.com |
| 5 | Amanda L. Groves (SBN # 187216) |
| | Leda M. Mouallem (SBN # 221258) |
| 6 | WINSTON & STRAWN LLP |
| | 101 California Street |
| 7 | San Francisco, CA 94111-5894 |
| | Telephone: (415) 591-1000 |
| 8 | Facsimile: (415) 591-1400 |
| | Email: agroves@winston.com |
| 9 | Email: lmouallem@winston.com |
| 10 | Attorneys for Defendant |
| | T-MOBILE USA, INC. |

RECEIVED JUL 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals, | Case No. C 06 6567 CW |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE IN EARLY NEUTRAL EVALUATION SESSION |
| vs. | |
| T-MOBILE USA, INC., a Delaware corporation | Date: August 17, 2007 |
| Defendant. | |

1

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE IN EARLY NEUTRAL
EVALUATION SESSION – Case No. C 06-6567 CW

SF:178913.1

1   Having considered the July 30, 2007 request by defendant T-Mobile USA, Inc. that its
2   corporate representative, Melissa Scanlan, be permitted to appear at the August 17, 2007 Early
3   Neutral Evaluation session by telephone, and good cause appearing therefor, IT IS HEREBY
4   ORDERED that said request is GRANTED.

Dated: 7/30/07

_____
Hon. Wayne D. Brazil
U.S. Magistrate Judge