IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BRADBERRY,<br><br>       Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC.,<br><br>       Defendant.<br>_____ | No. C 06-06567CW<br><br>ORDER FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |
| RUSSELL BRADBERRY,<br><br>       Plaintiff,<br><br>  v.<br><br>MBLOX, INC. a Delaware Corporation,<br><br>       Defendant.<br>_____/ | No. C 07-5298 PJH |

Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, must determine whether the above two captioned cases are related. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

Dated: 10/29/06

                                              CLAUDIA WILKEN
                                              United States District Judge