IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BRADBERRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T-MOBILE USA, INC.,<br><br>　　　　Defendant.<br>_____ | No. C 06-06567CW<br><br>**AMENDED**<br>ORDER FOR PURPOSE OF<br>DETERMINING<br>RELATIONSHIP OF<br>CASES |
| RUSSELL BRADBERRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MBLOX, INC. a Delaware Corporation,<br><br>　　　　Defendant.<br>_____/ | No. C 07-5298 PJH |

　　Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, must determine whether the above two captioned cases are related. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

Dated: **10/29/07**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　United States District Judge