Debra J. Albin-Riley (SBN # 112602)
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA  90071-1543
Telephone:     (213) 615-1700
Facsimile:     (213) 615-1750
Email:         driley@winston.com

Amanda L. Groves (SBN # 187216)
Leda M. Mouallem (SBN # 221258)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400
Email:         agroves@winston.com
Email:         lmouallem@winston.com

Attorneys for Defendant
T-MOBILE USA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiff,<br><br>     vs.<br><br>T-MOBILE USA, INC., a Delaware corporation<br><br>            Defendant. | Case No. C 06 6567 CW<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES RE CLASS CERTIFICATION, MOTION TO DISMISS AND OTHER DATES CONTAINED IN THE MAY 7, 2007 SCHEDULING ORDER; AND APPLYING AN INTERIM STAY TO OTHER MATTERS** |

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RE CLASS CERTIFICATION, MOTION TO DISMISS AND OTHER DATES CONTAINED IN THE MAY 7, 2007 SCHEDULING ORDER; AND APPLYING AN INTERIM STAY TO OTHER MATTERS, CASE NO. C06-6567 CW**

SF:185365.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1  WHEREAS, the Court entered an Order on August 23, 2007, extending the time for Plaintiff
2  Russell Bradberry ("Plaintiff") to file his opening class certification brief to a date three (3) weeks
3  after Defendant T-Mobile USA, Inc. ("T-Mobile") filed its answer to Plaintiff's First Amended
4  Complaint;

5  WHEREAS, T-Mobile filed its answer on September 6, 2007;

6  WHEREAS, Plaintiff's class certification brief was due to be filed September 27, 2007;

7  WHEREAS, T-Mobile filed a Motion to Dismiss Fifth Claim for Relief in Plaintiff Russell
8  Bradberry's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)("Motion
9  to Dismiss") and T-Mobile's reply in support of its Motion to Dismiss was due to be filed September
10 27, 2007, and the parties' hearing on T-Mobile's Motion to Dismiss was previously scheduled for
11 October 11, 2007 at 2:00 p.m.;

12 WHEREAS, the parties participated in an Early Neutral Evaluation ("ENE") session on
13 August 17, 2007.  The parties believe the ENE session was productive and have accordingly agreed
14 to pursue further settlement discussions through the mediation process.  The parties desire an interim
15 stay of all proceedings to conserve party and Court resources while the parties pursue mediation.

16 WHEREAS, the parties have been discussing mediation scheduling and recently secured a
17 mediation date of November 20, 2007 with Judge Eugene Lynch (Ret.) of JAMS and accordingly are
18 now in a position to enter into the following stipulation.

19 IT IS THEREFORE HEREBY STIPULATED AND AGREED that all pending matters shall
20 be stayed until November 26, 2007 to allow the parties to pursue mediation and a potential
21 settlement of this matter.

22 To effectuate same, deadlines with respect to class certification briefing and the hearing on
23 T-Mobile's Motion to Dismiss are continued as follows:

24 1.  The time for Plaintiff to serve and file his opening class certification brief is extended
25 to November 30, 2007.

1

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RE CLASS CERTIFICATION, MOTION TO DISMISS AND OTHER DATES CONTAINED IN THE MAY 7, 2007 SCHEDULING ORDER; AND APPLYING AN INTERIM STAY TO OTHER MATTERS, CASE NO. C06-6567 CW**

SF:185365.1

2. The time for T-Mobile to file its opposition to the motion for class certification is extended to January 11, 2008.

3. The time for Plaintiff to serve and file any reply in support of class certification is extended to January 25, 2008.

4. The hearing date regarding class certification and the parties' further Case Management Conference is extended to February 7, 2008 at 2:00 p.m.

The deadlines with respect to T-Mobile's Motion to Dismiss and hearing are as follows:

1. The time for T-Mobile to file its reply in support of its Motion to Dismiss is extended to December 7, 2007.

2. The hearing date on T-Mobile's Motion to Dismiss is extended to December 20, 2007 at 2:00 p.m.

Moreover, due to the extensions of the class certification briefing rendered prior to this stipulation and the extensions outlined above, the parties respectfully request the Court issue a new scheduling order amending all other dates set forth in the Court's May 7, 2007 Case Management Order ("Order") attached hereto as Exhibit A.

To effectuate same, deadlines with respect to the dates previously set in the Court's Order are continued as follows:

1. The parties will complete fact discovery by April 4, 2008.

2. The parties will disclose the identities and reports of expert witnesses by April 30, 2008.

3. The parties will disclose the identity and reports of any rebuttal witnesses by May 30, 2008.

4. The parties will complete expert discovery by August 1, 2008.

5. All case-dispositive motions will be heard at 2:00 p.m. on or before July 24, 2008.

6. A final pretrial conference will be held at 2:00 p.m. on October 14, 2008.

7. A 5-day jury trial in this case will begin on 8:30 a.m. on October 27, 2008.

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5894**

Dated:  October 29, 2007				WINSTON & STRAWN LLP


						By:	/s/ Leda M. Mouallem
							Debra J. Albin-Riley
							Amanda L. Groves
							Leda M. Mouallem
							Attorneys for Defendant
							T-MOBILE USA, INC.


Dated:  October 29, 2007				THE JACOBS LAW FIRM


						By:	/s/ John G. Jacobs
							John G. Jacobs
							Attorneys for Plaintiff
							RUSSELL BRADBERRY


I hereby attest that the concurrence in the filing of this document has been obtained by the above signatory indicated on the conformed signature (/s/) within this efiled document.

/s/ Leda M. Mouallem
   Leda M. Mouallem

Pursuant to Stipulation, IT IS SO ORDERED.

DATED:  10/30/07				_____
						The Honorable Claudia Wilken
						United States District Judge

3
**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RE CLASS CERTIFICATION, MOTION TO DISMISS AND OTHER DATES CONTAINED IN THE MAY 7, 2007 SCHEDULING ORDER; AND APPLYING AN INTERIM STAY TO OTHER MATTERS, CASE NO. C06-6567 CW**

SF:185365.1

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894