FILED

NOV 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

v.

T-MOBILE USA, INC., a Delaware corporation,

Defendant.

No. C 06-6567 CW

ORDER RESCHEDULING HEARING ON MOTION FOR CONSOLIDATION

On October 22, 2007, mBlox, Inc., Defendant in related case No. 07-5298, filed a motion for consolidation of that case with the present case. Plaintiff's motion to remand the 07-5298 action to state court is still pending, however, and is scheduled to be heard on December 13, 2007. In the interest of ruling on Plaintiff's motion to remand before considering whether the cases should be consolidated, the hearing on mBlox's motion for consolidation (Docket No. 94) is rescheduled to December 13, 2007 at 2:00 p.m., to be heard concurrently with the motion to remand in case No. 07-5298.

IT IS SO ORDERED.

Dated: NOV 20 2007

CLAUDIA WILKEN
United States District Judge