Debra J. Albin-Riley (SBN # 112602)
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA  90071-1543
Telephone:     (213) 615-1700
Facsimile:      (213) 615-1750
Email:            driley@winston.com

Amanda L. Groves (SBN # 187216)
Leda M. Mouallem (SBN # 221258)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400
Email:            agroves@winston.com
Email:            lmouallem@winston.com

Attorneys for Defendant
T-MOBILE USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>T-MOBILE USA, INC., a Delaware corporation<br><br>　　　　　Defendant. | **Case No. C 06 6567 CW**<br><br>**STIPULATION AND ORDER EFFECTING A TEMPORARY STAY AND SCHEDULING CASE MANAGEMENT CONFERENCE AS MODIFIED** |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RE CLASS CERTIFICATION, MOTION TO DISMISS AND OTHER DATES CONTAINED IN THE MAY 7, 2007 SCHEDULING ORDER; AND APPLYING AN INTERIM STAY TO OTHER MATTERS, CASE NO. C06-6567 CW**

SF:185365.1

1    WHEREAS, pursuant to the Parties' Stipulation the Court entered an Order on October 30, 2007, temporarily staying proceedings for a short period while the Parties pursued settlement through mediation before the Honorable Eugene F. Lynch (retired) and extending the various dates set forth in the Court's May 7, 2007 Case Management Order;

WHEREAS, the mediation before Judge Lynch proceeded as scheduled on November 20, 2007, and was extremely productive;

WHEREAS, further proceedings are scheduled with and before Judge Lynch in December of 2007 and January of 2008 and in the meantime the Parties are using that time to continue to explore settlement opportunities;

WHEREAS, the Parties believe that in the context of the present circumstances, it makes sense to stay all proceedings for a period of seventy-five days and suspend all dates set forth in the Court's October 30, 2007 scheduling Order and instead schedule a Case Management Conference shortly after the expiration of the proposed stay, by which time the Parties should be able either to report a settlement or propose new dates for a Case Management Schedule Order in light of where the Parties are at that juncture and in light of the Court's schedule.

IT IS THEREFORE HEREBY STIPULATED AND AGREED that all pending matters shall be stayed until February 13, 2008, to allow the Parties to continue to pursue mediation with Judge Lynch and a potential settlement of this matter.

To effectuate same, all deadlines and dates set forth in the October 30, 2007 scheduling Order entered by the Court pursuant to the Parties' stipulation should be suspended and vacated, to be re-set, if necessary, after the expiration of the stay set forth herein.

Toward that end, the Parties request that the Court set a Case Management Conference in the matter as soon after the expiration of the stay as is convenient for the Court's schedule, preferably February 20, 2008 for that purpose.

1

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RE CLASS CERTIFICATION, MOTION TO DISMISS AND OTHER DATES CONTAINED IN THE MAY 7, 2007 SCHEDULING ORDER; AND APPLYING AN INTERIM STAY TO OTHER MATTERS, CASE NO. C06-6567 CW**

SF:185365.1

Dated: November 28, 2007          WINSTON & STRAWN LLP

                                  By:  /s/ Leda M. Mouallem
                                       Debra J. Albin-Riley
                                       Amanda L. Groves
                                       Leda M. Mouallem
                                       Attorneys for Defendant
                                       T-MOBILE USA, INC.


Dated: November 28, 2007          THE JACOBS LAW FIRM, CHTD.

                                  By:  /s/ John G. Jacobs
                                       John G. Jacobs
                                       Attorneys for Plaintiff
                                       RUSSELL BRADBERRY

I hereby attest that the concurrence in the filing of this document has been obtained by the above signatory indicated on the conformed signature (/s/) within this efiled document.

/s/ Leda M. Mouallem
    Leda M. Mouallem

Pursuant to Stipulation, IT IS SO ORDERED.  The Case Management Conference will be held on February 19, 2008, at 2:00 p.m.  The pending motion to dismiss the 5th cause of action will be decided on the papers when the date for any reply has passed.

DATED: __12/4/07_____    _____
                                  The Honorable Claudia Wilken
                                  United States District Judge

2
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RE CLASS CERTIFICATION, MOTION TO DISMISS AND OTHER DATES CONTAINED IN THE MAY 7, 2007 SCHEDULING ORDER; AND APPLYING AN INTERIM STAY TO OTHER MATTERS, CASE NO. C06-6567 CW

SF:185365.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894