1

2  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
3  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
6  Facsimile: (415) 591-7510

7  Attorneys for Defendant
   AT&T MOBILITY LLC
8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| BRADBERRY, | Case No. C 06-06567 CW |
| Plaintiff, | **ORDER** |
| v. | |
| T-MOBILE, USC, INC. et al. | |
| Defendants. | |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED.

1. The Case Management Conference shall be continued to **June 17, 2008 at 2:00 p.m.** In the interim, all responsive pleading deadlines remain stayed. At the Case Management Conference on June 17, 2008, the Parties shall propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading deadlines at that time.

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: April 11, 2008

_____
The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER

2

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW