MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRADBERRY, | Case No. C 06-06567 CW |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| T-MOBILE, USA, INC. et al. | |
| Defendants. | |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\401392\1

[PROPOSED] ORDER                             CASE NOS. C 06-06567 CW,
                                             C 07-05298 CW  C 07-03407 CW,
                                             C 08-00013 CW, C 07-06496 CW

1  Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2  ORDERED.
3  1. The Case Management Conference presently set for June 17, 2008 at 2:00
4  pm shall be continued to July 22, 2008 at 2:00 p.m..  If the Parties have not previously
5  resolved the proposed schedule for a responsive pleading deadline by that time, the
6  Parties will discuss a proposed schedule for a responsive pleadings deadline.
7  Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: June 16, 2008

*/s/ Claudia Wilken*

The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\401392\1

2

[PROPOSED] ORDER                                       CASE NOS. C 06-06567 CW,
                                                       C 07-05298 CW  C 07-03407 CW,
                                                       C 08-00013 CW, C 07-06496 CW