1 | TERRY M. GORDON (SBN 75604)
2 | tgordon@tgordonlaw.com
  | LAW OFFICES OF TERRY M. GORDON
3 | 1039 Erica Road, Suite 200
  | Mill Valley, California 94941
4 | T: (415) 331-3601
  | F: (415) 331-1225
5 |
6 | JAY EDELSON (PRO HAC VICE PENDING)
  | jedelson@kamberedelson.com
7 | MYLES MCGUIRE (PRO HAC VICE PENDING)
  | mmcguire@kamberedelson.com
8 | KAMBEREDELSON LLC
  | 53 West Jackson Blvd, Suite 550
9 | Chicago, Illinois, 60604
  | Telephone: 312.589.6370
10 | Facsimile: 312.589.6378
   | Facsimile: (415) 591-7510
11 |
   | *Attorneys for Plaintiff*
12 | *Russell Bradberry*
13 | [Additional Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>  Plaintiff,<br><br>  v.<br><br>T-MOBILE, USA, INC. et al.<br><br>  Defendants. | Case No. C 06-06567 CW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |

- 1 -

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 | Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2 | ORDERED:
3 | The Case Management Conference presently set for September 16, 2008 at 2:00 p.m. shall
4 | be continued to December 16, 2008, at 2:00 p.m.

Dated: September 11, 2008

_____
The Honorable Claudia Wilken
United States District Court
Northern District of California

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE