1  TERRY M. GORDON (SBN 75604)
   tgordon@tgordonlaw.com
2  LAW OFFICES OF TERRY M. GORDON
   1039 Erica Road, Suite 200
3  Mill Valley, California 94941
4  T: (415) 331-3601
   F: (415) 331-1225
5
   JOHN G. JACOBS (*pro hac vice*)
6  jgjacobs@thejacobslawfirm.com
   BRYAN G. KOLTON (*pro hac vice*)
7  bgkolton@thejacobslawfirm.com
   THE JACOBS LAW FIRM, CHTD.
8  122 South Michigan Ave
   Suite 1850
9  Chicago, Illinois 60603

10 Attorneys for Plaintiff
   Russell Bradberry
11 [Additional Counsel Listed Below]

12 DEBRA J. ALBIN-RILEY (SBN 112602)
   ARENT FOX LLP
13 555 West Fifth Street, 48th Floor
   Los Angeles, California 90013-1065
14 Telephone:   213.629.7400
15 Facsimile:   213.629.7401
   Email: riley.debra@arentfox.com
16
   Attorneys for Defendant T-Mobile USA, Inc.
17 [Additional Counsel Listed Below]

18
                    UNITED STATES DISTRICT COURT
19
                    NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly-situated individuals, | Case No. C 06-06567 CW |
| | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER AS MODIFIED** |
| *Plaintiff*, | |
| v. | |
| T-MOBILE USA, INC., a Delaware corporation. | |
| *Defendant*. | |

- 1 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
LA/127720.2

1     The Parties in the above action hereby stipulate and agree to the entry of an Order Continuing the Case Management Conference presently set for December 16, 2008 at 2:00 p.m. and in support of the requested relief state:

    1.     As previously reported, the parties agreed on preliminary settlement terms after engaging in a mediation before Hon. Eugene Lynch (Ret.) of JAMS concluding on January 10, 2008 and thereafter continued discussions about the settlement of the action.

    2.     Over this time period the parties have had numerous discussions attempting to resolve this and other cases and expect to be able to report progress to the Court in such matters within approximately eight weeks.

    **3.**     Under the circumstances, the Parties in the above action request that the CMC be continued until February 3, 2009 at 2:00 p.m. or any date thereafter as is convenient for the court.

    WHEREFORE, the Parties respectfully request this Court enter an Order Continuing the Case Management Conference presently set for December 16, 2008 at 2:00 pm until February 3, 2009 at 2:00 p.m., or such other date as is convenient to the Court.

1   Dated:  December 15, 2008

2         KAMBEREDLESON, LLC

3   By: /s/  Jay Edelson
    Jay Edelson (*pro hac vice*)
4   Myles McGuire (*pro hac vice*)
    John Blim (*pro hac vice*)
5   KamberEdelson, LLC
    350 North LaSalle, Suite 1300
6   Chicago, Illinois 60654
    (312) 589-6370

7

8   LAW OFFICES OF TERRY M. GORDON

9   By: /s/ Terry M. Gordon
    Terry M. Gordon
10  Law Offices of Terry M. Gordon
    1039 Erica Road, Suite 200
11  Mill Valley, California 94941
     (415) 331-3601
12

13  THE JACOBS LAW FIRM, CHTD.

14  By:    /s/ John G. Jacobs
    John G. Jacobs (*pro hac vice*)
15  Bryan G. Kolton (*pro hac vice*)
    The Jacobs Law Firm, Chtd.
16  122 South Michigan Ave
    Suite 1850
17  Chicago, Illinois 60603

18  *Attorneys for Plaintiff*

19

20  Dated: December 15, 2008            WINSTON & STRAWN LLP

21   By:   /s/ Amanda L Groves
    AMANDA L. GROVES
22
    Attorneys for Defendant T-Mobile
23
    Winston & Strawn LLP
24  Amanda Groves
    Leda M. Mouallem
25  101 California Street, suite 3900
    San Francisco, CA 94111-5894
26

27

28
                                - 3 -
    STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Dated: December 15, 2008       ARENT FOX LLP

                                         BY:   /s/ Debra Albin-Riley   .
                                         DEBRA ALBIN-RILEY

Attorneys for Defendant T-Mobile

Arent Fox LLP
555 West Fifth Street, 48th Fl
Los Angeles, CA 90013

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED, **except that the Case Management Conference will be held on March 3, 2009, at 2:00 p.m.**

Dated: December 15, 2008

_____
Claudia Wilken
United States District Court Judge

- 4 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE