TERRY M. GORDON (SBN 75604)
tgordon@tgordonlaw.com
LAW OFFICES OF TERRY M. GORDON
1039 Erica Road, Suite 200
Mill Valley, California 94941
T: (415) 331-3601
F: (415) 331-1225

JOHN G. JACOBS (*pro hac vice*)
jgjacobs@thejacobslawfirm.com
BRYAN G. KOLTON (*pro hac vice*)
bgkolton@thejacobslawfirm.com
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Ave
Suite 1850
Chicago, Illinois 60603

Attorneys for Plaintiff Russell Bradberry
[Additional Counsel Listed Below]

DEBRA J. ALBIN-RILEY (SBN 112602)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone:     213.629.7400
Facsimile:      213.629.7401
Email: riley.debra@arentfox.com

Attorneys for Defendant T-Mobile USA, Inc.
[Additional Counsel Listed Below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RUSSELL BRADBERRY, individually and on behalf of a class of similarly-situated individuals,**<br><br>*Plaintiff*,<br><br>v.<br><br>**T-MOBILE USA, INC., a Delaware corporation.**<br><br>*Defendant*. | **Case No. C 06-06567 CW**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

- 1 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
LA/127720.2

The Parties in the above action hereby stipulate and agree to the entry of an Order Continuing the Case Management Conference presently set for March 3, 2009 at 2:00 p.m. and in support of the requested relief state:

1. As previously reported, the parties engaged in a mediation before Hon. Eugene Lynch (Ret.) of JAMS concluding on January 10, 2008.

2. Over this time period, the parties have had numerous discussions attempting to resolve other cases as well and expect to be able to report progress to the Court in such matters within approximately eight weeks.

3. Under the circumstances, the Parties in the above action request that the CMC be continued until May 5, 2009 at 2:00 p.m. or any date thereafter as is convenient for the court. Notwithstanding the foregoing, the Parties expressly reserve the right to file appropriate papers with the Court before the May 5, 2009 in the event that these discussions prove not to be fruitful.

WHEREFORE, the Parties respectfully request this Court enter an Order Continuing the Case Management Conference presently set for March 3, 2009 at 2:00 pm until May 5, 2009 at 2:00 p.m., or such other date as is convenient to the Court.

Dated: March 2, 2009

KAMBEREDLESON, LLC

By: /s/ Jay Edelson
Jay Edelson (*pro hac vice*)
Myles McGuire (*pro hac vice*)
John Blim (*pro hac vice*)
KamberEdelson, LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
(312) 589-6370

| | |
|---|---|
| 1 | Dated:  March 2, 2009 |
| 2 | LAW OFFICES OF TERRY M. GORDON |

Dated:  March 2, 2009

                  LAW OFFICES OF TERRY M. GORDON

                  By: /s/ Terry M. Gordon
                  Terry M. Gordon
                  Law Offices of Terry M. Gordon
                  1039 Erica Road, Suite 200
                  Mill Valley, California 94941
                  (415) 331-3601

Dated:  March 2, 2009

                  THE JACOBS LAW FIRM, CHTD.

                  By:    /s/ John G. Jacobs
                  John G. Jacobs (*pro hac vice*)
                  Bryan G. Kolton (*pro hac vice*)
                  The Jacobs Law Firm, Chtd.
                  122 South Michigan Ave
                  Suite 1850
                  Chicago, Illinois 60603

                  *Attorneys for Plaintiff Russell Bradberry*

Dated: March 2, 2009          WINSTON & STRAWN LLP

                  BY:   /S/ AMANDA L GROVES            .
                  AMANDA L. GROVES

                  Winston & Strawn LLP
                  Amanda Groves
                  Leda M. Mouallem
                  101 California Street, suite 3900
                  San Francisco, CA 94111-5894

Dated: March 2, 2009          ARENT FOX LLP

                  BY:   /S/ DEBRA ALBIN-RILEY           .
                  DEBRA ALBIN-RILEY

                  ARENT FOX LLP
                  555 WEST FIFTH STREET, 48TH FL
                  LOS ANGELES, CA 90013

                  *Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: March _3_, 2009

                                             *Claudia Wilken* (signature)

Claudia Wilken
United States District Court