IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br>    v.<br>T-MOBILE USA, INC., <br>_____/ | No. 06-06567 CW |
| BRADBERRY<br>    v.<br>mBLOX, INC.<br>_____/ | No. 07-05298 CW |
| PISHVAEE<br>    v.<br>VERISIGN<br>_____/ | No. 07-3407 CW |
| VALDEZ<br>    v.<br>M-QUBE<br>_____/ | No. 07-06496 CW |
| JIRAN<br>    v.<br>AT&T MOBILITY<br>_____/ | No. 08-00013 CW<br>ORDER FOR FURTHER SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE |

IT IS HEREBY ORDERED that the two Bradbury cases, C-06-6567 CW, Bradberry v. T-Mobile, USA, Inc. and C-07-5798 CW, Bradberry v. MBlox, Inc. must have a settlement conference with Judge Eugene Lynch or Rodney Max by July 13, 2009.

1    IT IS FURTHER ORDERED that all five related cases must appear on **July 14, 2009, at 2:00 p.m.** for a further case management conference and file case management statements explaining why there should be any further continuances or whether trial dates should be set; statements from mediators as to likelihood of settlement would be helpful.

Dated 5/12/09

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge