IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL BRADBERRY,

    Plaintiff,

  v.

T-MOBILE USA, INC.,

    Defendant.
_____/

No. C 06-06567 CW

<u>ORDER TAKING MOTION
UNDER SUBMISSION</u>

    Notice is hereby given that the Court, on its own motion, will take Plaintiff's Motion to Compel Identification of Putative Class Members under submission on the papers.  The hearing previously set for October 15, 2009, is vacated.

Dated: 9/30/09

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
United States District Judge