1 | TERRY M. GORDON (SBN 75604)
LAW OFFICES OF TERRY M. GORDON
2 | 1039 Erica Road, Suite 200
Mill Valley, California 94941
3 | Telephone: (415) 331-3601
Facsimile: (415) 331-1225
4 |
5 | JOHN G. JACOBS (*Pro hac vice*)
THE JACOBS LAW FIRM, CHTD.
6 | 122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
7 | Telephone: (312) 427-4000
Facsimile: (312) 427-1850
8 | JAY EDELSON (*Pro hac vice*)
MYLES McGUIRE (*Pro hac vice*)
9 | EDELSON McGUIRE LLC
350 North LaSalle Street, Suite 1300
10 | Chicago, Illinois 60603
Telephone: (312) 589-6370
11 | Facsimile: (312) 589-6378
12 | Attorneys for Plaintiff
13 | DEBRA J. ALBIN-RILEY (SBN 112602)
ARENT FOX LLP
14 | 555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
15 | Telephone: 213.629.7400
Facsimile: 213.629.7401
16 | Email: riley.debra@arentfox.com
17 | Attorneys for Defendant T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RUSSELL BRADBERRY, individually and on behalf of a class of similarly-situated individuals, | Case No. C 06-06567 CW |
|---|---|
| *Plaintiff*, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | Judge: The Hon. Claudia Wilken |
| T-MOBILE USA, INC., a Delaware corporation. | |
| *Defendant*. | |

STIPULATION AND PROPOSED ORDER OF DISMISSAL

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. Proc. Rule 41(a)(ii) as follows:

1. The claims asserted by the Plaintiff in this action have been settled and released by a Final Order and Judgment in the matter of *Paluzzi et al. v. mBlox, Inc., et al.*, No. 07 CH 37213, in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, entered on January 7, 2010, which became final on February 8, 2010.

2. This action should now be dismissed with prejudice, with all parties to bear their own costs.

Dated: March 3, 2010        EDELSON McGUIRE LLC

BY:   */s/ Myles McGuire*
Myles McGuire
Counsel for Plaintiff

Dated: March 3, 2010        ARENT FOX LLP

BY:   */s/ Debra J. Albin-Riley*
Debra J. Albin-Riley
Counsel for Defendant T-MOBILE USA, INC.

**PROPOSED ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED:

That this action shall be and hereby is dismissed with prejudice and all parties are to bear their own costs.

Dated: _____

_____
CLAUDIA WILKEN
United States District Judge

- 1 -

STIPULATION AND PROPOSED ORDER OF DISMISSAL